| Court | PROOF OF SERVICE | Case Number |
|---|---|---|
| U.S. District Court, Grand Rapids | | 120CV00074 |

399 Federal Bldg., 110 Michigan St., N.W., Grand Rapids, MI 49503                (616) 456 2381

**246273**

| Raquel Clark | | County of Muskegon c/o Clerk | |
|---|---|---|---|
| Plaintiff | / | Party Served | / |

## AFFIDAVIT OF PROCESS SERVER

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:

I have served a copy of the : SUMMONS AND COMPLAINT with JURY DEMAND and DEPOSITION NOTICE upon:

| Recipient's Name | Complete Address of Service | Day, Date and Time |
|---|---|---|
| County of Muskegon c/o Clerk | 990 Terrace St. #1 Muskegon, MI 49440 | Wednesday 2/5/2020 10:10 AM |

### Manner and Type of Service

[✓] **Personal service.** I personally delivered to and left copies with the recipient.

[ ] **Service on a corporation**
By leaving, during normal business/office hours, copies in the office of the recipient with the person who apparently was in charge, and mailing (by first class mail, postage paid) copies to the Recipient at the place where the copies were left.

[ ] **Service by attachment**
By tacking or securely affixing a copy of the document(s) to the door of said premises

[ ] **Substituted service**
By leaving copies at the dwelling house, usual place of abode, usual place of business, or usual mailing address of the recipient with a competent member of the household or person apparently in charge of the office or place of business, of suitable age and discretion, who was informed as the general nature of the document.

[ ] **Service by Alternate Method per Court Order**
- [ ] By tacking or securely affixing a copy of the document(s) to the main entry of said premises
- [ ] By mailing a copy First Class postage paid to the Recipient at their last known address.
- [ ] By mailing a copy Certified Mail Return Receipt Requested to the Recipient at their last known address.
- [ ]

**Description**

| SEX | RACE | HAIR | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| [ ] Male | [✓] Caucasian | [ ] Bald | [ ] Under 20 | [ ] Under 5' | [ ] Under 100 Lbs. |
| [✓] Female | [ ] African American | [ ] Black | [ ] 20-25 | [ ] 5'1"-5'5" | [ ] 100-130 Lbs. |
| | [ ] Asian | [ ] Brown | [ ] 26-35 | [✓] 5'6"-6'0" | [✓] 131-160 Lbs. |
| | [ ] Latino | [✓] Gray/Grey | [ ] 36-45 | [ ] 6'1"-6'6" | [ ] 161-200 Lbs. |
| | [ ] Other | [ ] Blonde | [ ] 46-55 | [ ] Over 6'7" | [ ] Over 200 Lbs. |
| | | [ ] Red | [✓] Over 56 | | |

Other Identifying Feature(s)    Served Nancy Waters County Clerk

Special Service Notation

I declare under penalty of perjury under the laws of the State of Michigan that the forgoing is true and correct:

Signature: Ted J. Beckley
Certified Process Server

| Statutory Fees | Mileage | Fees |
|---|---|---|
| Service | | $ 26.00 |
| Service Miles Traveled | 2.0 | $ 1.73 |
| Incorrect Address | | $ 0.00 |
| Incorrect Address Miles Traveled | 0.0 | $ 0.00 |
| Required Mailings/Postage | | $ 0.00 |
| Postal Inquiry | | $ 0.00 |
| Affidavit/Alt. Service Preparation | 0.0 | $ 0.00 |
| Verification Fee: GPS ( ) / Photo ( ) | | $ |
| **Total Fee** | | **$ 27.73** |

Signatures affixed electronically in accordance with The Uniform Electronic Transaction Act and Michigan Public Act 305 of 2000 and MCL. 450.831-849

*Risk & Associates County Civil Process*
P.O. Box 517, Lake Odessa, MI. 48849
Office: (616) 374 7170 Fax: (616) 374 9012

**NOTARY PUBLIC**
Subscribed and sworn to before me on 2/10/2020
Date

Barry County, Michigan.

My commission expires: 03/07/2020    Signature: Tanya M. Spitzley
Notary Public    Printed Name: Tanya M. Spitzley

This Proof of Service is submitted in accordance with MCR 2.107 (D).    Copyright © County Civil Process. All rights reserved worldwide