UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Raquel Clark,

    Plaintiff,

V,

County of Muskegon, Ashley N. Derooy, and Jerid Herman, in their individual and official capacities,

    Defendants.

Case No. 1:20-cv-00074

HON. JANET T. NEFF

---

| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Amy J. DeRouin (P70514)<br>Christopher Trainor & Associates<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake MI 48386<br>248-886-8650<br>amy.derouin@cjtrainor.com | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI 49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

**STIPULATION**

NOW COME the above-entitled parties, by and through their respective counsel, and hereby stipulate and agree that the above Defendants, County of Muskegon, Ashley N. Derooy, and Jerid Herman, may have until March 16, 2020, to respond to Plaintiff's Complaint.

DATED:                    /s/ _____ with permission
                                Amy J. DeRouin (P70514)
                                Attorney for Plaintiff

DATED: February 13, 2020    /s/ Allan C. Vander Laan
                                Allan C. Vander Laan (P33893)
                                Attorney for Defendants

## ORDER

At a session of said Court, held in the United States District Court, Western District of Michigan, on this ___ day of _____, 2020.

PRESENT:  THE HONORABLE JANET T. NEFF
          UNITED STATES DISTRICT COURT JUDGE

Upon reading and filing of this stipulation, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Defendants, County of Muskegon, Ashley N. Derooy, and Jerid Herman, may file their Answer to Plaintiff's Complaint on or before March 16, 2020.

 

_____
JANET T. NEFF
U.S. District Court Judge

01073050-1

2