## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

**RAQUEL CLARK,**

    Plaintiff,

-vs-                          CASE NO. 1:20-CV-00074
                                  HON. HALA Y. JARBOU

**COUNTY OF MUSKEGON,**
**ASHLEY N. DEROOY, and**
**JERID HERMAN, in their individual and**
**official capacities,**

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES | CUMMINGS, MCCLOREY, DAVIS & |
|---|---|
| CHRISTOPHER J. TRAINOR (P42449) | ACHO |
| AMY J. DEROUIN (P70514) | ALLAN C. VANDER LAAN (P33893) |
| Attorneys for Plaintiff | Attorney for Defendants |
| 9750 Highland Road | 2851 Charlevoix Drive SE, Ste. 327 |
| White Lake, MI  48386 | Grand Rapids, MI 49546 |
| (248) 886-8650 / (248) 698-3321-fax | 616-975-7470 / 616-975-7470-fax |
| amy.derouin@cjtrainor.com | avanderlaan@cmda-law.com |

### PLAINTIFF'S PRELIMINARY LAY AND EXPERT WITNESS LIST

    **NOW COMES** Plaintiff, **RAQUEL CLARK,** by and through her Attorneys,

CHRISTOPHER TRAINOR & ASSOCIATES, and for her *Preliminary Lay and Expert Witness*

*List* discloses the following witnesses, who may be relied upon for testimony at the time of trial in

this matter.

1.      Raquel Clark
        Plaintiff
        c/o Plaintiff's Counsel

2.      Ashley N. DeRooy
        Defendant
        c/o Defendants' Counsel

3.      Jerid Herman
        Defendant
        c/o Defendants' Counsel

4.      Estus McGee
        Plaintiff's boyfriend
        c/o Plaintiff's counsel

5.      Darrel Clark
        Plaintiff's brother
        c/o Plaintiff's counsel

6.      Desirea Smith
        Plaintiff's sister
        c/o Plaintiff's counsel

7.      Markus Walter
        Plaintiff's son
        c/o Plaintiff's counsel

8.      Navie Crawford
        Plaintiff's son's friend
        Address unknown

9.      Any and all employees, agents, medical treatment providers, representatives, and/or
        custodian of records for the following:

a. Muskegon County Sheriff's Department/Muskegon County Jail
   990 Terrace Street
   Muskegon, MI 49442
   i.      Michael J. Poulin, Sheriff
   ii.     Britni Brinkman, EMT/CMA
   iii.    Nurse Carl Schotts
   iv.     Sgt. Jones-Burton
   v.      Sgt. Gilchrist
   vi.     Theresa Jones-Burton, Shift Commander
   vii.    Angie Cregg, FOIA Coordinator
   viii.   Mark Burns, Jail Administrator
   ix.     F. Boxer, LPN
   x.      Lt. Matthew Smith
   xi.     Scott Smith
   xii.    Sgt. Meyers

b. Muskegon Heights Police Department
   2715 Baker Street
   Muskegon, MI 49444
   i.  Officer Brandon G. DeKuiper
   ii. Sgt. Scott D. Sinclair
   iii. Chief of Police Joseph Thomas
   iv. Devin E. Hopkins

c. 60th District Court
   990 Terrace Street, #105
   Muskegon, MI 49442
      i.  Judge Harold F. Closz, III
      ii.  Magistrate Cavan J. Berry

d. Muskegon County Prosecutor's Office
   120 West Apple Avenue
   Muskegon, MI 49440
   i.   Susan Franklin, Esq.

e. Toombs Funeral Home
   2108 Peck Street
   Muskegon Heights, MI 49444

\

3

10.    Any and all physicians, surgeons, nurses, nurses' aides, therapist, counselors, agents, records custodians, billing clerks, employees, and/or other named individuals of Plaintiff's medical treatment providers and of the following:

a.   Mercy Health Hackley Campus
     1700 Clinton Street
     Muskegon, MI 49442
          i.        Dr. Brandon King
          ii.   Dr. Daniel Osborn
          iii. Dr. Tyler Rummel
          iv. Dr. Sara Edward
          v. Dr. Courtney Garlick
          vi. Dr. Jerry A. Evans
          vii. Lubbers, PA
          viii. Elizabeth K
          ix. Dr. Sarah Golub
          x. Dr. Gerald Buchanan
          xi. Dr. Amy A. Bishop
          xii. Dr. Marc Whitaker
          xiii. Dr. James Ringler
          xiv. Dr. Joseph Betcher
          xv. Dr. Lindsay Rudert
          xvi. Rachel DeBruin PA
          xvii. Dr. Tyler Voss
          xviii. Dr. Michael J. Oneka
          xix. Dr. Roni Devlin
          xx. Dr. Kathy Rosema
          xxi. Adam Geller PA
          xiv: Dr. Erik Sievertsen

b.   Orthopedic Associates of Muskegon
     1400 Mercy Drive
     Muskegon, MI 49444
          i.        Dr. James Ringler
          ii.   Dr. Lindsay Renee Rudert
          iii. Dr. Tyler Voss
          iv. Dr. Brandon King
          v.  PA Adam Geller
          vi. Dr. Courtney Garlick
          vii. Dr. Sara Edward
          viii. Dr. Tyler Rummel
          ix. Dr. Daniel Osborn
          x. Anna Glore, PA

4

    c.  Muskegon Family Care
         2201 S. Getty Street
         Muskegon Heights, MI 49444
            i. Dr. Michael Oneka

    d.  Holland Hospital
         602 Michigan Avenue
         Holland, MI 49423

i. Lisa Woolsey, PAC
ii. Dale Piapp, MD
iii. Donald M. Fix, MD
iv. Richard R. Harper, MD
v. Michael Page, MD
vi. William Harris, MD
vii. Brian Holt, DO
viii. W. Zwaag, MA
ix. Karen Bedford
x. Boyd Kroeze, MD
xi. Scott Loos, MD
xii. John Nicely, MD
xiii. Dr. Gerard
xiv. Mark Lenters, MD
xv. David Johns, MD
xvi. Brian Cote, DO
xvii. Daniel Hoekstra, NP
xviii. Clint Griffin, MD
xix. Grace Pommerening, RN
xx. William D. Reed
xxi. Sandip Kothari
xxii. James Robert Ringler, MD
xxiii. Roni Devin, MD
xxiv. Michelle Harlen
xxv. Katelyn Reimink
xxvi. Delynn Unema
xxvii. Sarah Ashley
xxviii. Callie R. Sterenberg
xxix. Kimberly A. Leist, RN
xxx. Edward J. Maas, MD
xxxi. Tara Jipping, RT
xxxii. Tricia Cabrera, RT
xxxiii. Debra J. Knikelbine
xxxiv. Lana J. Zarlenga, MD
xxxv. Rebekah S. Schicker, RN
xxxvi. Adam C. Blystra

xxxvii. Dale M. Plapp, MD
xxxviii.        Jean Kreitner
xxxix.  Mary Weidman
xl.     Linda Compagner, LPN
xli.    Melonie M. Mejia
xlii.   Jesus Gamez
xliii.  Amber R. Kouw, RN
xliv.   Diane Sale, LPN
xlv.    Judy Lynn Sall, RN
xlvi.   Deborah Makowski
xlvii.  Leslie A. Hemmes
xlviii. Jessica M. DeJonge, RN
xlix.   Marci J. Shaw, LPN
l.      Judy Knoper, CMT
li.     Carol L. Vanfarowe, RN
lii.    Barbara VanderMale, LPN
liii.   Angie K. Farris
liv.    Kimberly Smeyers, RN
lv.     Karen M. Alofa
lvi.    Christine E. Decker, RN
lvii.   Karen Bandstra, RN
lviii.  Margaret A. Duncan, MD
lix.    Judy Hilkema, LPN
lx.     Jennifer Funkhouser, MSW
lxi.    Laura A. Brown
lxii.   Geoffrey Bernd, RN
lxiii.  Shelly Eade, RN
lxiv.   Cherie Olsen, RN
lxv.    Tina M. Quinn, RN
lxvi.   Kaleena Chilcote
lxvii.  Sandy L. Tubergen
lxviii. Boyd Kroeze, MD
lxix.   Ginelle Koopa
lxx.    Elisabeth A. VanderZwaag, MMA
lxxi.   Jan Lancaster, RN
lxxii.  James R. Dumerauf, MD
lxxiii. Diane Seymour
lxxiv.  Kristie S. Potts, RN
lxxv.   LuAnn Sollom
lxxvi.  John C. Visser, RN
lxxvii. Tasha Bourne, MMA
lxxviii. Trudy J. Mannes, RNC
lxxix.  Janis Spotts, RN
lxxx.   Laura Bennington, RN

6

lxxxi.    Katherine Bryers, MMA
lxxxii.   Thomas Kuhn, MD
lxxxiii.  Kathryn Ellis-Ramirez
lxxxiv.   Jan Desmet, LPN
lxxxv.    Tina Marie Page, MMA
lxxxvi.   David VanFarowe, MHA
lxxxvii.      Tomasa Glenn, RN
lxxxviii.     Jacklyn Arellano
lxxxix.   Sandi Ockerse, MHA
xc.       Katherine Bryers, MHA
xci.      Tomasa Glenn, RN
xcii.     John C. Visser, RN
xciii.    Marshall K. Lohman
xciv.     Margaret M. Young, NP
xcv.      Karen Ledford, MSW
xcvi.     Jan Desmet, LPN
xcvii.    Mary Hoffman
xcviii.   Mary Van Andel
xcix.     Bonnie Tolsma, RN
c.        Janis Baskers, RN
ci.       Norma Hook, RN
cii.      Joan E. Kootstra, RN
ciii.     Diane M. Bruza, RN
civ.      Frederick Kellaway, MD
cv.       Timothy M. Gezon, MD
cvi.      Kristi O'Neill
cvii.     Juan Jr. Barbosa, RN
cviii.    Marcy Archterhof, RN
cix.      Jillayne Graves
cx.       Kerrilyn Tibbs
cxi.      Scott A. Loos, MD
cxii.     Gary L. Bowman, DO
cxiii.    Kimberly Smyers, RN
cxiv.     Karen S. Kalkman, RN
cxv.      Mary L. Chheng
cxvi.     Camille Kass, RN
cxvii.    Carole J. Riegman, RN
cxviii.   Ling Wang, MD
cxix.     Martina Dykstra, RN
cxx.      Rose M. Kruithof, LPN

e.   Mercy Health Muskegon
     1500 E. Sherman Blvd.
     Muskegon, MI 49444
     i.      Renee M. Bates
     ii.     Katherine R. Brady, DO
     iii.    Kevin D. Hess, DO
     iv.     Sabrina A. Morgan, RN
     v.      Lucas Leete, MD
     vi.     Vicky L. Bean
     vii.    Darlynn L. Cooper
     viii.   Melinda Mahan, RN
     ix.     Veronica Gomez
     x.      Tracy Kemmerling, RN
     xi.     Lynn Heacock, RN
     xii.    Nancy Beardsley, RN
     xiii.   Caroline E. Pogany LBSW
     xiv.    Michael J. Oneka, DO
     xv.     Steven L. Costello, RN
     xvi.    Brian Raymond Smith, MD
     xvii.   Tara Blandford-Mayberry, RN
     xviii.  Karissa L. Welch
     xix.    Adam James Geller, PA
     xx.     Daniel A. Osborn, MD
     xxi.    Kathy L. Rosema, DO
     xxii.   James R. Ringler, MD
     xxiii.  Anna F. Glore, PA
     xxiv.   Nina Mulder, OT
     xxv.    Leslie Kempers, PT
     xxvi.   Nicole M. Plichta, RN
     xxvii.  Peter V. Severson, MD
     xxviii. Barbara Munro, RRT
     xxix.   English H. Rex, RN
     xxx.    Deborah J. Kittel, RN
     xxxi.   Elizabeth A. Pike, RPh
     xxxii.  Kalene M. Sietsema, RN
     xxxiii. Kirk J. Powell
     xxxiv.  Linda Cwynar, RN
     xxxv.   Taylor M. Rider
     xxxvi.  Kendall P. Wickstrom
     xxxvii. Maniah DooleyMadison Telder
     xxxviii.     Jeannette Horn
     xxxix.  Kimberly Warfield
     xl.     Lakesha R. Crawford
     xli.    Rachel DeBruin, PA

xlii.    Erik E. Sievertsen, MD
xliii.    Justin Bing, RN
xliv.    Lindsay R. Ruder, DO
xlv.    Llana Workman, RN
xlvi.    Joseph A. Betcher, MD
xlvii.    Sharon E. White, RN
xlviii.    Erica L. Eklund, RN
xlix.    Jessica A. Pekel, RN
l.    Mark A. Langlois, RN
li.    Noel Bell, MD
lii.    Diana L. Apostle, RN
liii.    Marc E. Whitaker, MD
liv.    Tammy Anderson
lv.    Amy A. Bishop, MD
lvi.    Gerald L. Buchanan, MD
lvii.    Sara M. Wolting, RN
lviii.    Jennifer Wilson
lix.    Sarah M. Golub, PA
lx.    Geraldine A. Rance, CRT
lxi.    Susan K. Grawbarger, RN
lxii.    Elizabeth K. Lubbers, PA
lxiii.    Amy L. Bonebrake, RN
lxiv.    Kathryn E. Kampen, RN
lxv.    Susan L. Phelps, RN
lxvi.    Ramona M. Wallace, DO
lxvii.    Tammy L. Provatas, MD
lxviii.    Justin Bing
lxix.    Sharon K. Uher, RN
lxx.    Marc B. Ydenberg, MD
lxxi.    Maureen R. Street, MD

f.  Correct Care Solutions
  1283 Murfreesboro Rd., Ste. 500
  Nashville, TN 37217
      i.    Richele L. Marion, EMT
      ii.    Jennifer M. Swanger, LMSW, CAADC
      iii.    Heather Ihrig, RMA
      iv.    Carteen Blanche, RN
      v.    A. Schotts, RN
      vi.    Walter Uyesugi, DO/LE
      vii.    Joseph Natole, MD
      viii.    Katy Castillo, LPN
      ix.    Sara Bruce, EMT
      x.    David Lopez, RN

    xi.     Danielle Carlson, LPN
    xii.    Britni Brinkman, EMT
    xiii.   Ashleigh Severance, LPN
    xiv.   Nycolle Kowalczuk, MA/LNA
    xv.    Jessica Fairbanks

g. Community Mental Health of Ottawa County
   12265 James St.
   Holland, MI 49424
     i. Trina Crowe, LMSW
     ii. Krista Bedells, NP
     iii. Rhonda Rutan

h. HealthWest
   376 E. Apple Ave.
   Muskegon, MI 49442
     i. Stanley L. Seuferer, DO
     ii. Greg Green, MD
     iii. Lillian Dempsey
     iv. Heather L. Wiegand, LLPC
     v. Pamela Beane, LMSW

i. Medicaid
   PO Box 30435
   Lansing, MI 48909-7979

j. Meridian Health Plan of Michigan

k. PBC Healthy Michigan Plan

11. ACEMCO
  7129  Enterprise Drive
  Muskegon, MI

12. Magna Mirrors Holland
   3401 128th Avenue
   Holland, MI 49424

13. Workbox Staffing
   1930 E. Apple, Suite H
   Muskegon, MI 49442

14. Forge Industrial Staffing
    1042 E. Sternbeg Dr.
    Muskegon, MI 49444

15. Burger King
    735 Michigan Ave.
    Holland, MI 49423

16. Internal Revenue Service
    Stop 37106
    Fresno, CA 93888

17.  U.S. Department of Treasury
    Treasury Building
    1500 Pennsylvania Avenue, NW
    Washington, D.C. 20220

18. Michigan Department of Treasury
    430 W. Allegan St.
    Lansing, MI 48922

19. W. Ken Katsaris, Field of Crime Scene Investigation/Jail Policy and Procedures/Inmate Treatment/Jail Customs Policies and Practices Expert, 110-A South Monroe Street, Tallahassee, FL 32301

20. Edward John Primeau, CCI, CFC of Primeau Forensics, LTD, Audio and Video Forensics Expert, 1878 Star Batt Drive, Bldg. 2E, Rochester Hills, MI 48309

21. Evan Milefchik of Envision Information Technologies, Information Technology Expert, 302 Legato Drive, Walled Lake, MI 48390

22. Experts, the necessity of which are revealed by further discovery.

23. Any and all rebuttal expert witnesses.

24. Any and all witnesses, both lay and expert, identified on any list filed by any party.

25.  Any and all persons named or called as a witness by any party.

26.  Any and all persons and/or entities named or referred to by any deponent during their deposition.

27.  Any and all persons deposed.

28. Any and all persons and/or entities named or referred to by any party in their responses to Requests for Production of Documents.

29. Any and all persons and/or entities named or referred to by any party in their written responses to Interrogatories.

30. Any and all persons whose testimony is required to admit and/or authenticate evidence.

31. Any and all necessary rebuttal witnesses.

32. Any and all necessary surrebuttal witnesses.

33. Any and all witnesses who may be disclosed through discovery as it is currently ongoing.

Plaintiff reserves the right to amend, modify, supplement, or add to this witness list any other witness as they become necessary and/or known by subsequent investigation and/or discovery, and to file amended witness lists from time to time for this purpose.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES
**s/Amy J. DeRouin**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
amy.derouin@cjtrainor.com

Dated: October 9, 2020
AJD/llw

**CERTIFICATE OF SERVICE**
I hereby certify that on October 9, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: *None.*
s/ Amy J. DeRouin (P70514)
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
Amy.derouin@cjtrainor.com