UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Raquel Clark,

    Plaintiff,

v.

County of Muskegon, Ashley N. Derooy, and Jerid Herman, in their individual and official capacities,

    Defendants.

Case No. 1:20-cv-00074

HON. HALA Y. JARBOU

| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Amy J. DeRouin (P70514)<br>Christopher Trainor & Associates<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake MI 48386<br>248-886-8650<br>amy.derouin@cjtrainor.com | Allan C. Vander Laan (P33893)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI 49546<br>616-975-7470<br>avanderlaan@cmda-law.com |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, stipulate and agree to dismissal of Defendant Ashley N. DeRooy, only, from this action with prejudice and without costs, interest or attorney fees to any of the parties.

Dated: October 29, 2020

/s/ _____ with permission
Christopher J. Trainor (P42449)
Amy J. DeRouin (P70514)
Attorney for Plaintiff


/s/ Allan C. Vander Laan
Allan C. Vander Laan (P33893)
Attorney for Defendants

01210971-1 1

## ORDER OF DISMISSAL

At a session of said Court held on the ___ day of _____, 2020.

PRESENT:  THE HONORABLE HALA Y. JARBOU

Upon reading and filing of this stipulation, and the Court being fully advised in the premises:

IT IS ORDERED that Plaintiff's actions against Defendant Ashley N. DeRooy are dismissed with prejudice and without costs, interest or attorney fees to either party.

This is a final Order and closes the case.

_____
HON. HALA Y. JARBOU
United States District Court Judge