UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Raquel Clark,

   Plaintiff,

v.

County of Muskegon, Ashley N. Derooy, and Jerid Herman, in their individual and official capacities,

   Defendants.

Case No. 1:20-cv-00074

HON. HALA Y. JARBOU

---

| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Amy J. DeRouin (P70514)<br>Christopher Trainor & Associates<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake MI  48386<br>248-886-8650<br>amy.derouin@cjtrainor.com | Allan C. Vander Laan (P33893)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com |

---

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, through their respective counsel, stipulate and agree to dismissal of Defendants, County of Muskegon and Jerid Herman, from this action with prejudice and without costs, interest or attorney fees to any of the parties.

Dated:  November 16, 2020

                                  /s/ Amy J. DeRouin with permission
                                  Christopher J. Trainor (P42449)
                                  Amy J. DeRouin (P70514)
                                  Attorney for Plaintiff


                                  /s/ Allan C. Vander Laan
                                  Allan C. Vander Laan (P33893)
                                  Attorney for Defendants

## ORDER OF DISMISSAL

At a session of said Court held on the 19th day of  Nov. , 2020.

PRESENT:   THE HONORABLE HALA Y. JARBOU

Upon reading and filing of this stipulation, and the Court being fully advised in the premises:

IT IS ORDERED that Plaintiff's actions against Defendants, County of Muskegon and Jerid Herman, are dismissed with prejudice and without costs, interest or attorney fees to either party.

This is a final Order and closes the case.

 /s/ Hala Y. Jarbou
HON. HALA Y. JARBOU
United States District Court Judge